Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 AUG -8 PM 4:39
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

District of Nebraska ▾

_____ Division

Brendan Welch

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Morgan &Morgan

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:23CV350

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Brendan Welch
Street Address — 403 N Galway St
City and County — Greeley, Greeley
State and Zip Code — Nebraska 68842
Telephone Number — Redacted for Privacy
E-mail Address — Others are still harassing and stalking me.

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                  Morgan & Morgan

    Job or Title *(if known)*

    Street Address         20 North orange Ave Ste 1600

    City and County       orlando, orange County

    State and Zip Code    Florida 32801

    Telephone Number    402 417 1290; 888 893 6949

    E-mail Address *(if known)*   CX @ forthepeople. Com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case. *Possible 18 USC 241; 18 242*
*Not treated Fair or Equal*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* *Brendan Welch*, is a citizen of the
   State of *(name)* *Nebraska*.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated

   under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the
   same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

   the State of *(name)* _____.  Or is a citizen of

   *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* **Morgan & Morgan** , is incorporated under

        the laws of the State of *(name)* **Florida** , and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $80,000—False Advertising, Conspiracy Against Rights, Unfair/Unjust Treatment ~~And etc~~

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

    online and over the phone.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

    Between August 4th and August 8th, 2023 before 9 am.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or between the dates of August 4th and August 7th, I was seeking help in dealing with my legal matters involving the wrongful termination/Discrimation case; the Rights Violations; the social media harm and the matters involving Malicious Defamation; Harassmen and stalking. Upon consult, I discovered false advertising was committed.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Extreme likelihood of Continued Harrassment; stalking; Reputational Damage; Cyberstalking; Federal Crimes; severe Harassment and aggressive Cyberbullying as well as continued Business Interruption and Job loss from my harassers and hate ongoing.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Report to BBB; Revoke Licenses, Factual Basis- Morgan & Morgan advertises for assistance in Wrongful Termination; Civil Rights Violations; social media harm and Defamation/ Harassment on their website. However, upon 5 or more Consults, it is proven that it's false advertising after speaking to Consultants.

Award Restitution of $80,000 plus Punitive damages for Continued Infliction of Emotional Distress and detriment to my health.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/8/2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff Brendan Welch

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________

**MORGAN & MORGAN**

# $15 Billion Recovered for Clients

## Get a lawyer

We fight For The People, not the powerful institutions that seek to deny them fair and full compensation. Some attorneys settle for less, but not us. Our 800+ attorneys are prepared to present your case in the strongest terms at trial. We never settle for less, and neither should you.

**MORGAN & MORGAN**

10:58        5G 63%

← **Morgan & Morgan** 🔍 



**Morgan & Morgan** ✓                    •••
Sponsored · 🌐

We're fighting on behalf of social media users who
suffered harmful mental health effects, such as
eating disorders, self-harm, and/or suicidal
ideation



forthepeople.com
**Social Media Dangers Lawsuit**                    **Learn more**

 Like            Comment            Share

 121

Most relevant ⌄

 **Kasey Davis**
Wow, good luck and may God bless you
and your family through your hardship
❤️🙏

2w   Like   Reply                    2 

Write a comment...

|||          ◯          ‹