Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
для the
District of Nebraska

__ Omaha_____ Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 AUG 24 PM 4:42

Brendan Welch

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Morgan & Morgan
Justin Tomlinson

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:23CV350
*(to be filled in by the Clerk's Office)*

False Advertising
Failure to Act

Refer to original
Amended to the
best of my ability
atm

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brendan Welch |
| Street Address | 403 N. Galway Street |
| City and County | Greeley, Greeley County |
| State and Zip Code | Nebraska 68842 |
| Telephone Number | None. Service Suspended |
| E-mail Address | dirtbike2388@gmail.com (Request for Seal/Publication Ban) |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Morgan & Morgan |
| Job or Title *(if known)* | |
| Street Address | 20 North Orange Avenue Suite 1600 (Same as Original Complaint) |
| City and County | Orlando; Orange County |
| State and Zip Code | Florida 32801 |
| Telephone Number | 877 454 0415 (See original complaint as well) |
| E-mail Address *(if known)* | Unknown. |

Defendant No. 2

| | |
|---|---|
| Name | Justin Tomlinson |
| Job or Title *(if known)* | Not Known |
| Street Address | 233 South 13th Street, Suite 1157 |
| City and County | Lincoln; Lancaster |
| State and Zip Code | Nebraska 68508 |
| Telephone Number | 402 417 1290 |
| E-mail Address *(if known)* | Not Known |

Defendant No. 3

| | |
|---|---|
| Name | Justin Tomlinson |
| Job or Title *(if known)* | Not Known |
| Street Address | 16501 Aurora Street |
| City and County | Omaha, Douglas |
| State and Zip Code | Nebraska 68136 |
| Telephone Number | 904 778 6105 |
| E-mail Address *(if known)* | Not Known |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
The Federal Lanham Act; 15 U.S.C. § 1125(a) ; 18 USC 241 and USC 242; namely Conspiracy Against Rights and Deprivation of Rights is highly likely. 15 USC 1125 shall serve as the primary cause of action and should suffice for federal question. Further, The 6th amendment right was deprived.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
        The plaintiff, *(name)* Brendan Welch , is a citizen of the State of *(name)* Nebraska .

    b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
        The defendant, *(name)* Justin Tomlinson , is a citizen of the State of *(name)* Nebraska . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* Morgan & Morgan, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$80,000 - False Advertising did occur. Neither Morgan & Morgan nor Justin Tomlinson is truly present nor has an office as listed as address one; see defendant 2. Morgan & Morgan and Justin Tomlinson did misrepresent themselves online; thus defrauding the public. This has subsequently resulted in further infliction of emotional distress and continued crimes by my harassers; due to defrauding me, failure to act with care and listing fraudulent information.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In person; at 233 S 13th Street; Suite 1157; which is a US Bank and not at all an attorneys office or firm. Over the phone and online at Morgan & Morgans' website.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 4th-August 7th, 2023 and Further Investigation confirmed on August 24th, 2023. Discovery will show the numbers are not representative in said Lincoln address. You could call the number listed from the suite listed and it will not reach Justin Tomlinson.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Listed on the website is contact information for Justin Tomlinson; however; upon light investigation; Justin Tomlinson is neither present at 233 South 13th Street; Suite 1157; as it is largely just a US Bank Branch; not an attorneys office or firm. Further; the number provided; 402 417 1290 and 904 778 6105 does not reach the defendant nor does it reach any secretary within the building at same address. Further; upon review on the BAR website; elected status is inactive and it states not eligible to practice law. Further; Morgan & Morgan does so listed free, pro bono representation for social media, wrongful termination, defamation; personal injury which includes pain and suffering; mental anguish and intentional or negligent infliction of emotional distress; civil rights violations and business litigation. However; whereas most of this would be accurately representing my concerns and other matters; I could not reach an attorney. As a result; the defamation; false light and damages continue. Causing chaos and anxiety in my life. I have not had any peace. Had false advertising not occurred; I would have had peace.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I would be free of harassment; emotional distress that has been inflicted both intentionally and by negligence caused by failure to act by defendants. As a result of the misrespensation, no service and false advertising; I have suffering high anxiety; being overwhelmed; being overwhelmed with grief; forced into business interruption by David Wright and his accomplices; repetitively bullied; cyberbullied; cyberstalked; terrorized; threatened, put in false light; had nothing but chaos and torment and it has affected my mental state; my business and my entire life. As a result of defendants actions; I have no job; have lost thousands of dollars; fallen behind in bills; lost job opportunities as a result of the continued attacks; defamation and wrongful termination. Further; the defendants inactions deprived me of my peace and happiness as well as the right to a fair trial. The negligence and failure to act has paved the way for attacks; anxiety and emotional distress to continue and be caused by David and his accomplices whom intentionally terrorize me on social media; causing harm by incitement of hate and incitement of imminent lawless action. Further; Article 12 of Human Rights and others are also an element to this matter.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Social Media Harm; Lack of Employment; Anxiety; Loss of Job Opportunities; Chaos; Being Tormented; Terrorized; subjected to hate; bullying; stalking and violations of Article 5, 6 and 12 of the Human Rights Declaration as well as other federal and state crimes are still occuring and causing harm to me. Proper representation and care in this legal matters would have prevented such harm from occuring. I cannot sleep well. I am fearful to go back home. My business is interrupted and interferred with; causing operations to cease. I have no income. I just want and need peace and help with my legal concerns. The doxxing and harm would have never gotten this severe and bad if I had help. Relief requested is either an order made for representation or fine in the amount of $80, 000 for resitution caused by business interruption; interference and failure to care. Negligent and intentional infliction of emotional distress; failure to act/care, continued social media harm as a result of defendants actions plus punitive damages

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/24/2023

Signature of Plaintiff

Printed Name of Plaintiff      Brendan Welch

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# MEMBER PROFILE

# Justin R Tomlinson

Elected Status: Inactive

Not Eligible to Practice Law in Florida

**Bar Number:**

99196

*For service*

**Mail Address:**

16501 Aurora St
Omaha, NE 68136-4311

Office: **904-778-6105**

Cell: **904-778-6105**

**Email:**

tomlinson_j@yahoo.com

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/99196

**vCard:**



**County:**

Non-Florida

**Circuit:**

00

**Admitted:**

09/25/2012

**10-Year Discipline History:**

None

**Law School:**

Injured or Suffered Property Loss From the Maui Wildfires? **Click here to get started**

Search...

**MORGAN & MORGAN**

Locations
Practice Areas
Attorneys
About
Our Results
Contact

Call Now • Open 24/7
**877 454 0415**

**CALL US**

Existing Client? Sign In.

# Justin Tomlinson

 Orlando    Lincoln



(904)778-6105   Email me   Contact Card



## BIOGRAPHY OVERVIEW

Practicing personal injury, criminal defense, and family law since 2013.

## PRACTICE AREA

Personal Injury