

2023 SEP 12 PM 3:31

# Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the Eighth Circuit for the
District of Nebraska
Docket Number 8:23CV00350

| Brendan Welch |
| v. |
| Morgan & Morgan |
| Justin Tomlinsson |

Notice of Appeal

___Brendan Welch_____ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the __8th___ Circuit from the final judgment entered on __9/8/2023_____ (state the date the judgment was entered).

RECEIVED
SEP 12 2023
CLERK
U.S. DISTRICT COURT
LINCOLN

(s) _____
*Attorney for* _____
*Address*: _____

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

---

* See Rule 3(c) for permissible ways of identifying appellants.

9/12/2023

IN THE UNITED STATES COURT FOR THE DISTRICT OF NEBRASKA

## CIVIL APPEAL AND BRIEF

### 8:23 CV 350

This shall serve as the appellete brief, appeal and statement to the district court judge once ruled on in the court of appeals. Plaintiff shall draft an additional statement if deemed necessary by the courts. The following shall also serve as grounds for objection of dismissal. The claims as cited in the amendment stand and are valid; or it is within my strong belief they are valid based on my interpretation of the law and my understanding. The amended complaint should be allowed to proceed based on both the aforementioned facts and the following additional factual basis. False Advertising is valid in this.

The persons associated and connected to Morgan&Morgan are in connection with services-namely pro bono; "For The People" legal services and representation per advertisements on the radio and on their website; and use in commerce such claims; connected with lawsuits and upon investigation is found to be false or a gross misrepresentation; as the advertising provides false designation of origin or false and misleading description of fact or misleading representation of fact which caused mistake and deception of Welch Racing LLC; its owner; Brendan Welch and all officers of my business; and involves the impact of commercial activities; as the false advertising has allowed further crimes and harm to occur; in the form of defamation; social media harm; such as cyberbullying; an intentional form of abuse and online harassment; and has allowed further harm and damage to occur to plaintiff and plaintiffs company as a result of the neglect, failure to act and false advertising by the defendants.

Further, commercial advertising and promotion is also found to be relevant in this matter; and to be of false or a misrepresentation of the claims so stated in the advertising of the defendants; primarily Morgan and Morgan. Welch Racing LLC is a marketing, PR and transportation business within primarily the racing industry; Welch Racing LLC is owned by Brendan Welch. Brendan Welch; owner of Welch Racing LLC comes forward to further claim that my business has been impacted and damaged due to the neglect and negligence; as well as the defendants false and misleading advertising and gross misconduct and misrepresentation of such claimed legal services; bringing commercial injuries and legitimate commercial interests involving Welch Racing LLC into this matter. The false advertising and misrepresentation has resulted in the further direct diversion of sales or other commercial interests; which has forced my company deeper into the damages and losses caused by business interference and business interruption caused and inflicted by my abusers and harassers. Welch Racing LLC and I both have no income stemming from operations in PR; transportation and marketing. Though Welch Racing LLC is an entity; its owner; Brendan Welch is a human being with rights and feelings. As a direct result of the defendants false and misleading statements in advertisements; plaintiff continues to experience the harmful effects of cyberstalking; cyberbullying; online harassment known as social media harm and has been inflicted with damages, injuries and losses. Such injuries and damages include emotional distress; loss of income; loss of job opportunities; mental anguish; mild depression; high anxiety; forced to deal with tortious business interference and business interruption to which has caused operations to cease and the only crimes such as the breaking and entering and criminal mischief on September 3rd, 2023 while I was in church. Though defendants named in this case are not responsible for the crimes resulting in the above stated harm; they are responsible and liable for the false advertising; failure to act; failure to care; neglect and negligence.

8:23-cv-00350-JFB-PRSE Doc # 12 Filed: 09/12/23 Page 3 of 3 - Page ID # 63

All and Any Harm that resulted from such acts; including but not limited to the continued acts of aggression; crimes; social media harm, human rights and civil rights violations; such as the ongoing false light attacks and harassment by the defendants named in 4:23 CV 3128 and all other matters involving associates or accomplices of the cult or hate group that is engaged in a vicious smear campaign against me; has incited hatred and likely wants to kill or severely harm me. Pro Bono representation is paramount in order to have peace and happiness in my life again; as these criminals, cult members or narcissists are intent on destroying my life and my career. I have lost a lot of money and friends over this and simply am not in a position to afford an attorney. I move the panel or court to rule in my favor and let this matter proceed and move forward with service and possibly a settlement. Defendants should be held liable for the crime of false advertising, the neglect and negligence. I further move the panel or courts to hold jurisdiction over this matter with federal question only; as there is no debate that diversity has been destroyed on the factual basis provided in the clear evidence of the complaint packet. I further move the court to appoint an attorney in the area of the subject matter for me given the fact I am overwhelmed and need the help; as even with my experience in criminal justice and psychology; I am not immune to attacks; detrimental behavior and other damages stated above.

*[signatures]*

9/12/2023